1048

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony PITTS, Petitioner**

**No. 114 EAL 2017**

Supreme Court of Pennsylvania.

July 13, 2017

### ORDER

PER CURIAM

**AND NOW,** this 13th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Harold PENNINGTON and Nancy**
**Pennington, Husband and**
**Wife**

v.

**UNITED STATES STEEL**
**CORPORATION**

**Petition of: Ford Motor Company**

**No. 69 EM 2017**

Supreme Court of Pennsylvania.

July 13, 2017

### ORDER

PER CURIAM

**AND NOW,** this 13th day of July, 2017, the Petition for Review is **DENIED.**

**IN the INTEREST OF: C.E.L.M.P.,**
**a Minor**

**Petition of: B.P., Father**

**No. 266 EAL 2017**

Supreme Court of Pennsylvania.

July 13, 2017

### ORDER

PER CURIAM

**AND NOW,** this 13th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Daron BROWN, Petitioner**

**No. 97 EAL 2017**

Supreme Court of Pennsylvania.

July 13, 2017

### ORDER

PER CURIAM

**AND NOW,** this 13th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**